# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY ROMERO,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN N. KATAVICH, et al,<br><br>    Defendants.<br>_____/ | 1:11-cv-0935-LJO-MJS (PC)<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO COMPLY WITH COURT ORDER<br><br>(ECF No. 14) |

Plaintiff Danny Romero ("Plaintiff"), a former state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on June 9, 2011.

On February 14, 2012, the Court dismissed Plaintiff's Complaint with leave to amend. (ECF No. 13.) Plaintiff's amended complaint was due on March 19, 2012. (Id.) After this deadline passed without Plaintiff complying with or responding to the Court's order, the Court on April 3, 2012, ordered Plaintiff to show cause by April 30, 2012 why this action should not be dismissed. (ECF No. 14.) Plaintiff filed a response on April 18, 2012. (ECF No. 15.) Although untimely, the Court has considered the merits of Plaintiff's response and, based on Plaintiff's representations therein, will exercise leniency and discharge the order to show cause.

///

///

///

1  Accordingly, it is hereby ORDERED that the order to show cause, filed April 3, 2012, is DISCHARGED.

IT IS SO ORDERED.

Dated: June 27, 2012                    /s/ *Michael J. Seng*
                                        UNITED STATES MAGISTRATE JUDGE